UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 6, 2000

Memo to Counsel Re: Hilda Murphy v. Stuart Simms, et al.
Civil No. L-98-962

Dear Counsel:

Enclosed please find an order I am entering today formalizing the rulings I made on the record.

This will also confirm the following schedule set:

| | |
|---|---|
| January 21, 2000 | Deadline for defendants to file a motion to dismiss amended complaint |
| February 14, 2000 | Deadline for plaintiffs to file opposition |
| February 18, 2000 | Deadline for defendants to file reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Honorable Benson Everett Legg
    Court File