IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HILDA M. MURPHY | * |
| | * |
| v. | * Civil No. L-98-962 |
| | * |
| STUART SIMMS, ET AL. | * |
| | ***** |

ORDER

For the reasons stated on the record today, it is, this 6th day of January 2000

ORDERED

1. Plaintiff's motion for leave to file amended complaint is granted;

2. Plaintiff is granted leave to amend the amended complaint by interlineation to add additional defendants to existing counts where they were inadvertently omitted in the amended complaint; and

3. Plaintiff's motion for partial summary judgment is denied without prejudice to plaintiff renewing the same arguments made in that motion at a later stage of these proceedings.

J. Frederick Motz
United States District Judge