IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

HILDA MARIE MURPHY,

        Plaintiff,         HON. BENSON EVERETT LEGG

        v.         Civil No.: L-98-962

STUART O. SIMMS, et. al.,

        Defendants.

**MOTION TO STRIKE THE STATE OF MARYLAND, STATE OF MARYLAND DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES, STUART O. SIMMS, WILLIAM W. SONDERVAN, RICHARD A. LANHAM, SR., FRANK C. SIZER, SEWALL SMITH, MITCHELL J. FRANKS AND EUGENE M. NUTH'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Plaintiff, Hilda Marie Murphy ("Murphy"), by undersigned counsel, respectfully moves this Honorable Court pursuant to L.R.105.2.a, to strike the Defendants' reply to Murphy's opposition to the Defendants' Motion to Dismiss. In support of this Motion and to demonstrate good cause, Murphy states:

1. On January 6, 2000 the Court conducted a hearing on pending motions. On the record, the Court established the following schedule:

    January 21, 2000 -- Deadline for defendants to file a motion to dismiss amended complaint.

    February 14, 2000 -- Deadline for plaintiffs to file reply.

    February 18, 2000 -- Deadline for defendants to file reply.

2. On January 6, 2000, Chief Judge Motz sent a Memorandum to all counsel formally adopting the foregoing schedule. See Ex. 1.