FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 19 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

June 16, 2000

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO COUNSEL AND MR. GARY LOGAN RE:
  HILDA M. MURPHY v. STUART SIMMS, et al.
  CIVIL NO. L-98-962

The Court is in receipt of Mr. Eason's letters of May 26, 2000, and Mr. Jeter's letter of June 1, 2000. The Court approves the proposals outlined in the letters, as follows:

(i) all deadlines, excepting those regarding requesting early settlement/ADR, and deposition hours, are extended by thirty (30) days;

(ii) discovery on expert witnesses is deferred until after the Court has ruled on any dispositive motions;

(iii) the Court approves Plaintiff's request for 25 deposition hours and Defendants' request for 15 deposition hours;

(iv) any depositions taken by Mr. Logan will not count against the Defendants' 15 hours, and Mr. Logan is required to make available for copying all responsive documents no later than 48 hours prior to his deposition;

(iv) briefing on the issue of preclusive effect of Mr. Logan's termination case is to adhere to the following schedule:
  Plaintiff's memorandum due June 30, 2000
  Defendants' response memorandum due July 30, 2000
  Plaintiff's reply memorandum due August 15, 2000; and

(v) the Court will issue a separate Order referring the case to a United States Magistrate Judge for an early settlement conference.

Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/ *signature*, S.J.
~~Benson Everett Legg~~

c:   Court File