IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HILDA MURPHY | : |
| | : |
| v. | : |
| | : CIVIL NO. L-98-962 |
| STUART SIMMS, et al. | : |

### ORDER

For the reasons stated in the Memorandum of even date, the Court hereby ORDERS that partial Motion to Dismiss filed by Defendants State of Maryland, DPSCS, Simms, Sondervan, Lanham, Sizer, Smith, Franks, and Nuth (Docket no. 53) is GRANTED. The Motion for a Protective Order (Docket no. 73) is DENIED AS MOOT.

IT IS SO ORDERED this 14 day of July, 2000.

_____
Benson Everett Legg
United States District Judge